GOVERNMENT SECURITY CO., PLAINTIFF-PETITIONER, v. JAMES NASSO, DEFENDANT-RESPONDENT.

See same case below: 73 *N. J. Super.* 8.

*Mr. Sam Weiss* for the petitioner.

*Messrs. Mayer & Mayer* for the respondent.

April 30, 1962.

THE CHASE MANHATTAN BANK, PLAINTIFF-RESPOND-ENT, v. EDNA B. ODIORNE, DEFENDANT-PETI-TIONER.

*Messrs. Leyden & Monaghan* for the petitioner.

*Messrs. Pitney, Hardin & Kipp, Mr. William H. Osborne, Jr.,* and *Mr. Clyde A. Szuch* for the respondent.

April 30, 1962.